| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO |
| | United States Attorney |
| 2 | 450 Golden Gate Ave (11th Floor) |
| | San Francisco, CA 94102 |
| 3 | Telephone: (415) 436-7200 |
| 4 | Attorneys for the United States |

FILED

MAY 0 7 2008

CLERK U.S. ...
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, )
    v. )
**Marlon Antonio Mendez** )
        Defendant. )

CRIMINAL NO. 08-mj-70267 PVT

NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on **5/7/08**, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

[X] Indictment    [ ] Information    [ ] Criminal Complaint    [ ] Other_____

pending in the **Northern** District of **Texas**, Case Number **08CR 009**.

In that case, the defendant is charged with a violation(s) of Title(s) **21** United States Code, Section(s) **841(a)(1) & 841(b)(1)(A)**.

Description of Charges: **Possession w/ Intent to Distribute Methamphetamine**

Respectfully Submitted,
JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: **5/7/08**

_____
Assistant U.S. Attorney

1

Case 2:08-cr-00009  Document 2 *SEALED*  Filed 02/19/2008  Page 1 of 1

AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Northern District of Texas

UNITED STATES OF AMERICA

V.

MARION ANTONIO MENDEZ

**WARRANT FOR ARREST**

Case Number: 2:08-CR-009-J(01)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  MARION ANTONIO MENDEZ
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her (brief description of offense)

Possession With Intent to Distribute Methamphetamine

in violation of Title 21  United States Code, Section(s)  841(a)(1), (b)(1)(A)

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

Judge Mary Lou Robinson

Feb 19, 2008    Amarillo, TX
    Date           Location

By: Jeanetta Hetrick

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Case 2:08-cr-00009   Document 1   Filed 02/19/2008   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 19 2008
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | NO. 2-08-CR-009 |
| MARION ANTONIO MENDEZ | § | |

### INDICTMENT

The Grand Jury charges:

#### Count One
Possession With Intent to Distribute Methamphetamine
(Violation of 21 U.S.C. § 841(a)(1))

On or about November 19, 2007, within the Amarillo Division of the Northern District of Texas, and elsewhere, the defendant, **Marion Antonio Mendez**, knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

A TRUE BILL

_____
FOREPERSON

RICHARD B. ROPER
UNITED STATES ATTORNEY

_____
VICKI LAMBERSON
Assistant United States Attorney
Texas State Bar No. 10081500
500 South Taylor, Lobby Box 238
Amarillo, Texas 79101
Tel: 806.324.2356
Fax: 806.324.2399
vicki.lamberson@usdoj.gov

Case 2:08-cr-00009 Document 1 Filed 02/19/2008 Page 2 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

V.

MARION ANTONIO MENDEZ

INDICTMENT

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)
Possess With Intent to Distribute Methamphetamine

1 Count

A true bill rendered:

AMARILLO

Filed in open court this 19' day of February A.D., 2008.

_____ Deputy Clerk

Warrant to Issue for Defendant

_____

UNITED STATES DISTRICT JUDGE

No Pending Criminal Complaint

Indictment Cover

Case 2:08-cr-00009 Document 1 Filed 02/19/2008 Page 3 of 3

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No
Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number:
Search Warrant Case Number
R 20 from District of
Magistrate Case Number

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No
   If Yes, Matter to be sealed:
   ☐ Yes ☐ No

   Defendant Name:  MARION ANTONIO MENDEZ
   Alias Name:
   Address:

   **2-08-CR-009**

   County in which offense was committed:  Carson

2. **U.S. Attorney Information**

   AUSA  LAMBERSON, Vicki                    Bar #  10081500

3. **Interpreter**

   ☐ Yes  ☒ No    If Yes, list language and/or dialect:

4. **Location Status**

   Arrest Date:

   ☐ Already in Federal Custody as of _____, in Amarillo, TX
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1      ☐ Petty   ☐ Misdemeanor   ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 21 USC 841(a)(1), (b)(1)(A) | Possession With Intent to Distr. Methamphetamine | 1 |

   Date  2-5-08            Signature of AUSA: _____

APR. -30' 08(WED) 13:37   U. S. ATTORNEY                TEL:8063242399                    P. 002

Case 2:08-cr-0...09   Document 5   Filed 03/11/20...   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | 2:08-CR-09 |
| | § | ECF |
| MARION ANTONIO MENDEZ | § | |

## MOTION TO CORRECT NAME

The government submits this motion to correct the spelling of the defendant's name. The indictment reflects **Marion Antonio Mendez**. The correct spelling of the defendant's name is **Marlon Antonio Mendez**.

The government respectfully requests the Court to modify the file and pleadings in this cause to reflect the correct spelling of the defendant's name.

                        Respectfully Submitted,

                        RICHARD B. ROPER
                        UNITED STATES ATTORNEY

                        /s/ Vicki Lamberson
                        VICKI LAMBERSON
                        Assistant United States Attorney
                        Texas State Bar No. 10081500
                        500 S. Taylor, Lobby Box 238
                        Amarillo, Texas 79101-2442
                        Tel: 806.324.2356
                        Fax: 806.324.2399
                        vicki.lamberson@usdoj.gov

Motion to Correct Name - Page 1

APR. -30' 08(WED) 13:37   U.S. ATTORNEY                    TEL:8063242399                P. 001

Case 2:08-cr-0...09   Document 6   Filed 03/11/20...   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

*U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF TEXAS*
**FILED**
MAR 11 2008
CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA   §
                           §
v.                         §   2:08-CR-09
                           §
MARION ANTONIO MENDEZ      §

### ORDER TO CORRECT NAME

Upon consideration of the motion of the United States for correction of the spelling of the defendant's name;

It is hereby ORDERED that the pleadings in this cause be corrected to reflect the defendant's name as: **Marlon Antonio Mendez**.

IT IS SO ORDERED.

ENTERED this ___ day of _____ 2008.

MARY LOU ROBINSON
United States District Judge

Order to Correct Name