# UNITED STATES DISTRICT COURT
## Northern District of California

FILED
MAY 12 2008

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
| V. | (DEFENDANT OUT OF CUSTODY) |
| Marlon Antonio Mendez | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 08-MJ-70267 PVT | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☒ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of **21** U.S.C. § **841(a)(1)**

**DISTRICT OF OFFENSE:** Northern District of Texas

**DESCRIPTION OF CHARGES:**
Possession with intent to distribute Methamphetamine

**CURRENT BOND STATUS:**
☒ Bail fixed at **50,000 PR** and defendant is released on bond
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)
Bond, if any, shall be transferred to the District of Offense

**Representation:** ☐ Retained Own Counsel  ☒ Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?** ☒ No  ☐ Yes  Language:

5/12/08
Date

_____
United States Judge or Magistrate Judge

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |