**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____

www.cand.uscourts.gov

Richard W. Wieking                                      General Court Number
Clerk                                                  408.535.5363

May 13, 2008

**Office of the Clerk-USDC**
**J. Marvin Jones Federal Building**
**Box F13240**
**205 East Fifth Avenue**
**Amarillo, TX 79101-1556**

Case Name:     **USA-v- Marlon Antonio Mendez**
Case Number:     **5-08-70267-PVT (Your Case# 2:08-CR-009)**
Charges:     **21:841(a)(1)**

Dear Clerk:

     The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull.  The following action has been taken:

     (X)     The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

     ()     The defendant has a court appearance in your court on:

Enclosed are the following documents:

     original Rule 5 affidavit
     original minute orders
     certified copy of *AO 94, Commitment to Another District*
     Certified docket sheets
     Republic of India Passport

     Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

     Sincerely yours,

     RICHARD WIEKING, Clerk

     by: *Cita F. Escalano*
     Case Systems Administrator

Enclosures
cc: Financial Office

-------------------------------------------------------------------------------------
**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

**Date:** _____     **CLERK, U.S. DISTRICT COURT**

     **By** _____
     **Deputy Clerk**