1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant MENDEZ

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,          )   No. CR-08-70267 PVT
                                      )
11            Plaintiff,              )   STIPULATION RE MODIFICATION OF
                                      )   CONDITIONS OF RELEASE
12 vs.                                )
                                      )
13 MARLON ANTONIO MENDEZ,             )
                                      )
14            Defendant.              )
   _____)
15
        The parties hereby stipulate and agree that, in accordance with a request from the
16
   Northern District of Texas, Amarillo Division, the next hearing date indicated in the Order
17
   Setting Conditions of Release and Appearance Bond issued by this Court on Monday, May 12,
18
   2008 may be continued from May 19, 2008 to Wednesday, May 21, 2008 at 9:30 a.m. before the
19
   Honorable Clinton E. Averitte, United States Magistrate Judge at 205 E. 5th St., Amarillo, Texas.
20

21 Dated: May 14, 2008

22                                         s/_____
                                           SHAWNA YEN
23                                         Assistant United States Attorney

24 Dated: May 14, 2008

25                                         s/_____
                                           CYNTHIA C. LIE
26                                         Assistant Federal Public Defender

   Stipulation re Modification of Conditions of
   Release                                     1