1
2
3
4
5
6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,            )    No. CR-08-70267 PVT
                                          )
11 |          Plaintiff,                  )    [PROPOSED] ORDER MODIFYING
                                          )    CONDITIONS OF RELEASE
12 | vs.                                  )
                                          )
13 | MARLON ANTONIO MENDEZ,               )
                                          )
14 |          Defendant.                  )
   |_____)
15

16      Good cause appearing and by stipulation of the parties, it is hereby ordered that the

17 appearance date in the Order Setting Conditions of Release and Appearance Bond issued

18 Monday, May 12, 2008 in the above-referenced matter shall be continued from Monday, May 19,

19 2008 to Wednesday, May 21, 2008 at 9:30 a.m. before the Honorable Clinton E. Averitte, United

20 States Magistrate Judge at 205 E. 5th St., Amarillo, Texas.

21      All other conditions remain in full force and effect

22

23 Dated: May ____, 2008

24                                          _____
                                            PATRICIA V. TRUMBULL
25                                          United States Magistrate Judge

26

Stipulation re Modification of Conditions of
Release                                        1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Stipulation re Modification of Conditions of Release    2