IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-70267 PVT |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER MODIFYING |
| ) | CONDITIONS OF RELEASE |
| vs. ) | |
| ) | |
| MARLON ANTONIO MENDEZ, ) | |
| ) | |
| Defendant. ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the appearance date in the Order Setting Conditions of Release and Appearance Bond issued Monday, May 12, 2008 in the above-referenced matter shall be continued from Monday, May 19, 2008 to Wednesday, May 21, 2008 at 9:30 a.m. before the Honorable Clinton E. Averitte, United States Magistrate Judge at 205 E. 5th St., Amarillo, Texas.

All other conditions remain in full force and effect

Dated: May 15, 2008

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge

Stipulation re Modification of Conditions of Release                                   1