**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

FILED
2008 MAY 21 P 3: 21
RICHARD W. WIEKING
CLERK

RECEIVED
MAY 16 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

May 13, 2008

Office of the Clerk-USDC
J. Marvin Jones Federal Building
Box F13240
205 East Fifth Avenue
Amarillo, TX 79101-1556

Case Name: **USA-v- Marlon Antonio Mendez**
Case Number: **5-08-70267-PVT (Your Case# 2:08-CR-009)**
Charges: **21:841(a)(1)**

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull. The following action has been taken:

(X) The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
( ) The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
Certified docket sheets
~~Republic of India Passport~~ Not enclosed

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: *Cita F. Escolano*
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

2:08-CR-9.

Date: 5-16-08

CLERK, U.S. DISTRICT COURT
By _Jeanetta Petrick_
Deputy Clerk